# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

149046 & (94)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CHARLES MOODY,
      Plaintiff,

and

GET WELL MEDICAL TRANSPORT,
PROGRESSIVE REHAB CENTER and
CAROL REINTS, INC.,
      Plaintiffs-Appellants,

v

HOME OWNERS INSURANCE
COMPANY,
      Defendant-Appellee.

SC: 149046
COA: 301783
Wayne CC: 10-006722-AV

_____/

On order of the Court, the motion to dismiss appeal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

h0128